**Gina Sue LEDERLE, Appellant,**

v.

**Jair MAYHALL and David Mitchell, Respondents.**

**No. WD 49467.**

Missouri Court of Appeals, Western District.

Jan. 17, 1995.

Kenneth A. Leeds, Clayton, for appellant.

Richard L. Thurman, Jefferson City, for respondent Mayhall.

James W. Tippin, Keith A. Cutler, Kansas City, for respondent Mitchell.

Before ULRICH, P.J., and KENNEDY and BERREY, JJ.

*ORDER*

PER CURIAM:

Appeal from a summary judgment in a personal injury case.

Affirmed. Rule 84.16(b).